Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T +1 212.872.1000
F +1 212.872.1002
akingump.com



**Stephanie Lindemuth**
+1 212.872.7491/fax: +1 212.872.1002
slindemuth@akingump.com

**Application DENIED.  The parties are apprised that the initial pretrial conference typically is not adjourned based on Defendant's deadline to respond to the Complaint.**

**Dated: May 2, 2024**
**New York, New York**

May 1, 2024

VIA ELECTRONIC COURT FILING

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:    *Alper v. Keller Williams Realty, Inc.*, No. 1:24-cv-02540-LGS

Dear Judge Schofield:

We represent Defendant Keller Williams Realty, Inc. in the above-referenced matter and write pursuant to Rule I.B.2 of Your Honor's Individual Rules and Procedures for Civil Cases ("Individual Rules") to respectfully request an adjournment of the initial conference currently scheduled for May 22, 2024 at 4:10 p.m. to a date after Defendant's June 10, 2024 deadline to answer or otherwise respond to Plaintiff's complaint.

This adjournment is requested in the interest of judicial economy.  Defense counsel requires additional time to determine (1) the merits of Plaintiff's claims in conjunction with Defendant's business concerns, (2) the ripeness of Plaintiff's claims, including the merits of Plaintiff's contention that an actionable harm exists, and (3) whether to answer or move in response to the Plaintiff's complaint. Without a fuller understanding of these variables, defense counsel believes the currently scheduled initial conference would be unproductive; thus, to avoid wasting the Court's valuable time and resources, Defendant requests that the initial conference be adjourned to a date after June 10, 2024.

Pursuant to the Court's Individual Rules, Defendant further states that no prior request for adjournment has been made, and that counsel for Plaintiff consents to this request.

Respectfully submitted,

*/s/ Stephanie Lindemuth*

*Counsel for Defendant*

cc:    Counsel of Record (*via ECF*)