UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
PENNY B. ALPER,                                             :
                                      Plaintiff,            :
                                                            :     24 Civ. 2540 (LGS)
                -against-                                   :
                                                            :     ORDER
KELLER WILLIAMS REALTY, INC.,                               :
                                      Defendant.            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this action is scheduled for May 22, 2024.

WHEREAS, on May 15, 2024, the parties timely filed a joint letter and proposed case management plan.

WHEREAS, the parties' joint letter states that the Keller Williams International Associates Leadership Council scheduled a vote for May 16, 2024, the outcome of which could affect claims in this action. It is hereby

**ORDERED** that the parties shall file a letter by **May 20, 2024,** addressing the outcome of the May 16, 2024, vote and stating which motions, if any, each party intends to pursue following the outcome of the vote. It is further

**ORDERED** that the initial pretrial conference scheduled for May 22, 2024, is **ADJOURNED** to **May 29, 2024, at 4:10 P.M.**

Dated: May 16, 2024
       New York, New York

                                            _____
                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE