UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 :
PENNY B. ALPER, :
                          Plaintiff, :
 : 24 Civ. 2540 (LGS)
         -against- :
 : ORDER
KELLER WILLIAMS REALTY, INC., :
                        Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held in this action on May 29, 2024. As discussed at the conference, it is hereby

      **ORDERED** that the parties shall file a joint letter by **June 12, 2024,** providing a status update on settlement discussions and proposing next steps in this action. If the parties cannot jointly agree on next steps, the letter shall include each party's proposal for next steps. It is further

      **ORDERED** that Defendant's deadline to answer or otherwise respond to the Complaint is **ADJOURNED** to **June 19, 2024.**

Dated: May 29, 2024
       New York, New York

                                               LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE